NO. 07-02-0245-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 20, 2002
_____

ROBERT JESSE ARREDONDO

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 242ND  DISTRICT COURT OF HALE COUNTY;

NO. B13729-0005; HON. ED SELF, PRESIDING
_____

***ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL***
_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Robert Jesse Arredondo, appellant, has moved to withdraw his notice of appeal and dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.